B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Landauer Healthcare Holdings, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**94-3479115** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**One Bradford Road**<br>**Mount Vernon, NY 10553**    ZIP CODE **10553-0000** | Street Address of Joint Debtor (No. & Street, City, and State):    ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Westchester** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ☒ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Check one box:    **Chapter 11 Debtors** |
|---|---|
| ☒ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>----<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☒ 200-999 | ☐ 1,000-5,000 | ☐ 5001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☒ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☒ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (04/13)                                                                                                                                                               Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Landauer Healthcare Holdings, Inc.** | | |
|---|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | | |
| Location Where Filed: - None - | Case Number: | | Date Filed: |
| Location Where Filed: | Case Number: | | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | | |
| Name of Debtor:<br>See Attachment | Case Number: | | Date Filed: |
| District: | Relationship: | | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br>X _____<br>Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

   ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

   _____
   (Name of landlord that obtained judgment)

   _____
   (Address of landlord)

   ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                                                                                    Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Landauer Healthcare Holdings, Inc.** |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _____<br>Signature of Debtor<br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X **/s/ Michael R. Nestor**<br>Signature of Attorney for Debtor(s)<br>**Michael R. Nestor 3526**<br>Printed Name of Attorney for Debtor(s)<br>**Young Conaway Stargatt & Taylor, LLP**<br>Firm Name<br>**Rodney Square**<br>**1000 North King Street**<br>**Wilmington, DE 19801**<br>Address<br>Email: mnestor@ycst.com<br>**(302) 571.6699 Fax:(302) 576.3321**<br>Telephone Number<br>**August 16, 2013**<br>Date | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) |

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X *[signature]*<br>Signature of Authorized Individual<br>**Alan J. Landauer**<br>Printed Name of Authorized Individual<br>**Executive Chairman**<br>Title of Authorized Individual<br>**August 16, 2013**<br>Date | Address<br>X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

## ATTACHMENT TO VOLUNTARY PETITION

### Pending Bankruptcy Cases Filed by Affiliated Entities

On the date hereof, August 16, 2013, each of the related entities listed below, including the debtor in this chapter 11 case (collectively, the "Debtors"), will file or have filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"). Contemporaneously with the filing of their voluntary petitions, the Debtors filed a motion requesting that the Court consolidate their chapter 11 cases for administrative purposes only.

**The Debtors are the following entities:**

Landauer-Metropolitan, Inc. (13-4089291)

Landauer Healthcare Holdings, Inc. (94-3479115)

Miller Medical & Respiratory, Inc. (23-2523261)

C.O.P.D Services, Inc. (22-2400336)

American Homecare Supply New York, LLC (23-3017937)

American Homecare Supply Mid-Atlantic, LLC (23-3010026)

Denmark's LLC (04-2754588)

Genox Homecare, LLC (22-2347361)

## SECRETARY'S CERTIFICATE

I, Brian M. Hand, hereby certify that I am the Secretary of Landauer Healthcare Holdings, Inc., a Delaware corporation (the "Company"), and that, as such, I am authorized to execute and deliver this Secretary's Certificate on behalf of the Company, and do hereby further certify that attached hereto as **Exhibit A** is a true, correct and complete copy of the resolutions adopted by the Board of Directors of the Company authorizing certain matters in connection with the Company seeking relief under the provisions of Chapter 11 of title 11 of the United States Code. Such resolutions have not been revoked, modified, amended or rescinded since their adoption, are in full force and effect as of the date hereof, and are the only resolutions adopted by the Board of Directors of the Company with respect to the subject matter thereof.

IN WITNESS WHEREOF, I have executed this Secretary's Certificate on this 16th day of August, 2013.

By: /s/ Brian M. Hand
Brian M. Hand
Secretary

*EXHIBIT A*

## MEETING OF THE BOARD OF DIRECTORS

## OF

## LANDAUER HEALTHCARE HOLDINGS, INC.

A meeting of the Board of Directors of Landauer Healthcare Holdings, Inc., a Delaware corporation (the "Corporation"), was held on August 14, 2013, whereby the following resolutions were passed:

### Authorization for Filing Voluntary Petition Under Chapter 11 of the Bankruptcy Code and Related Matters

WHEREAS: The Board of Directors (the "Board") of the Corporation (the "Corporation") has considered the business and financial condition and results of operations of the Corporation on the date hereof, including the assets and liabilities of the Corporation; and

WHEREAS: The Board has reviewed, considered, and received the recommendations of the legal, financial, and other advisors of the Corporation as to the relative risks and benefits of pursuing a bankruptcy under chapter 11 ("Chapter 11") of title 11 of the United States Code, 11 U. S. C. §§ 101 *et seq.* (the "Bankruptcy Code").

NOW THEREFORE, it is hereby:

RESOLVED: That in the judgment of the Board, it is desirable and in the best interests of the Corporation, creditors, stockholders, and other parties in interest that the Corporation commence a bankruptcy proceeding (a "Chapter 11 Case") by filing a voluntary petition for relief under the provisions of chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on or after August 14, 2013.

RESOLVED: That the Executive Chairman, Alan J. Landauer, is hereby authorized and directed, in the name of and on behalf of the Corporation, to execute and verify a petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the Bankruptcy Court at such time as the Executive Chairman executing the petition shall determine;

RESOLVED: That the Executive Chairman be, and is, authorized and directed to execute and file, in the name of and on behalf of the Corporation, all petitions, agreements, pleadings, and other documents or papers, and to take any and all action that such Executive Chairman deems necessary or proper, in connection with the Chapter 11 Case;

### Sale of Substantially All Assets

RESOLVED: That the Executive Chairman be, and is, authorized and directed in the name of and on behalf of the Corporation to enter into the stalking horse Asset Purchase Agreement with an affiliate of Quadrant Management Inc. and to pursue a sale of the Corporation's assets, subject to approval of the Bankruptcy Court;

### Chapter 11 Professionals

RESOLVED: That the Executive Chairman is authorized and directed to employ and retain the law firm of K&L Gates LLP as bankruptcy counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, the Executive Chairman be, and is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 Case, and cause to be filed an appropriate application for authority to retain the services of K&L Gates LLP;

RESOLVED: That the Executive Chairman is authorized and directed to employ and retain the firm of Young Conaway Stargatt & Taylor LLP, as Delaware counsel and, to the extent necessary or desirable, conflicts counsel, to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Corporation's rights and obligations; including filing any pleadings; and in connection therewith, the Executive Chairman be, and is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 Case, and cause to be filed an appropriate application for authority to retain the services of Young Conaway Stargatt & Taylor LLP;

RESOLVED: That the Executive Chairman is authorized and directed to employ and retain the financial advisory firm of Carl Marks Advisory Group as financial advisors to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Corporation's rights and obligations; and in connection therewith, the Executive Chairman be, and is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 Case, and cause to be filed an appropriate application for authority to retain the services of Carl Marks Advisory Group;

RESOLVED: That the Executive Chairman is, authorized and directed to employ and retain the firm of Epiq Systems as claims, noticing, and balloting agent to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Corporation's rights and obligations; and in connection therewith, the Executive Chairman be, and is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 Case, and cause to be filed an appropriate application for authority to retain the services of Epiq Systems;

RESOLVED: That, in addition to the specific authorization previously conferred herein upon the Executive Chairman, any other authorized officers, agents or their designees hereby be, and they are, and each of them acting singly is, authorized and directed, in the name of and on behalf of the Corporation, to take or cause to be taken any and all such further actions, execute and deliver any and all such petitions, agreements, pleadings, and other documents or papers, and pay all expenses, including filing fees, in each case as in such authorized officer's judgment shall be necessary or desirable to fully carry out the intent and accomplish the purpose of the resolutions adopted herein;

RESOLVED: That all acts, actions, and transactions relating to the matters contemplated by the resolutions herein done in the name of and on behalf of the Corporation, which acts would have been approved by the resolutions herein except that such actions were taken before these resolutions were approved and adopted by the Board, are hereby in all respects approved and ratified.

IN WITNESS WHEREOF, the undersigned, by affixing their signatures hereto, do hereby authorize and approve the foregoing resolutions.

(THESE RESOLUTIONS MAY BE EXECUTED IN COUNTERPARTS)

_____          _____
Ken Rotman                                Aly Champsi

_____
Alan Landauer

BOS-3351007 v2

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------- x
                                   :
In re:                             :    Chapter 11
                                   :
LANDAUER HEALTHCARE HOLDINGS,      :    Case No. 13-_____ (____)
INC.                               :
                                   :    (Joint Administration Pending)
          Debtors.                 :
                                   :
---------------------------------- x

### DEBTORS' CONSOLIDATED CORPORATE OWNERSHIP STATEMENT PURSUANT TO RULES 1007(a)(1), 1007(a)(3) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to Rules 1007(a)(1), 1007(a)(3) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the debtors and debtors in possession in the above-captioned cases (each a "Debtor" and, collectively, the "Debtors"), hereby state as follows:

1. Debtor Landauer-Metropolitan, Inc. owns, either directly or indirectly through other Debtors, 100% of the outstanding equity interests in each of the other Debtors.

2. The following persons hold equity interests in Landauer-Metropolitan, Inc. as set forth below:

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Alan J. Landauer<br>c/o Landauer-Metropolitan, Inc.<br>One Bradford Road<br>Mount Vernon, NY 10553 | Common | 5,457,065 | 22.5% |
| Bill Simonds | Common | 50,000 | 0.2% |
| Clairvest Acquisition LLC<br>22 St. Clair Avenue East<br>Suite 1700<br>Toronto, CA  M4T2S3 | Common | 748,133 | 62.5% (common & preferred) combined with Clairvest Equity Partners Limited Partnership holdings |
| Clairvest Acquisition LLC<br>22 St. Clair Avenue East<br>Suite 1700<br>Toronto, CA  M4T2S3 | Series A Preferred | 1,906,250 | |
| Clairvest Equity Partners Limited Partnership<br>22 St. Clair Avenue East<br>Suite 1700<br>Toronto, Canada M4T2S3 | Common | 2,244,400 | |
| Clairvest Equity Partners Limited Partnership<br>22 St. Clair Avenue East<br>Suite 1700<br>Toronto, Canada M4T2S3 | Series A Preferred | 5,718,750 | |
| Joe W. Luceri | Common | 348,652 | 1.7% |
| Lou Rocco | Common | 384,911 | 4.5% (common & preferred) |
| Lou Rocco | Series A Preferred | 400,000 | |
| Mona Zeliger | Common | 50,000 | 0.2% |
| Sal Burdi | Common | 384,911 | 4.5% (common & preferred) |
| Sal Burdi | Series A Preferred | 400,000 | |

| | | | |
|---|---|---|---|
| Scott Sommer | Common | 50,000 | 0.2% |
| Thomas C. Blum IRA<br>c/o Tom Blum<br>Landauer-Metropolitan, Inc.<br>One Bradford Road<br>Mount Vernon, NY 10553 | Series A. Preferred | 293,145 | 3.1% (common & preferred) |
| Tom Blum<br>c/o Landauer-Metropolitan, Inc.<br>One Bradford Road<br>Mount Vernon, NY 10553 | Common | 43,500 | |
| Tom Blum<br>c/o Landauer-Metropolitan, Inc.<br>One Bradford Road<br>Mount Vernon, NY 10553 | Series A Preferred | 221,722 | |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------- x
                                   :
In re:                             :    Chapter 11
                                   :
LANDAUER HEALTHCARE HOLDINGS,      :    Case No. 13-_____ (___)
INC.,                              :
                                   :    (Joint Administration Pending)
                Debtors.           :
                                   :
---------------------------------- x

## DECLARATION CONCERNING DEBTORS' CONSOLIDATED CORPORATE OWNERSHIP STATEMENT PURSUANT TO RULES 1007(a)(1), 1007(a)(3) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

I, Alan J. Landauer, Executive Chairman of the above-captioned debtor and debtors-in-possession, declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing *Debtors' Consolidated Corporate Ownership Statement Pursuant to Rules 1007(a)(1), 1007(a)(3) and 7007.1 of the Federal Rules of Bankruptcy Procedure* submitted herewith, and that the information contained therein is true and correct to the best of my knowledge, information and belief.

Dated: August 16, 2013

_____
Alan J. Landauer
Executive Chairman

On Behalf of the Debtors

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------  x
                                :
In re:                          :     Chapter 11
                                :
LANDAUER HEALTHCARE HOLDINGS,   :     Case No. 13-_____  (___)
INC.                            :
                                :     (Joint Administration Pending)
          Debtor                :
                                :
                                :
------------------------------  x
```

**CONSOLIDATED LIST OF CREDITORS**
**HOLDING 30 LARGEST UNSECURED CLAIMS**

Landauer-Metropolitan, Inc. ("Landauer") and its subsidiaries (each a "Debtor" and collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code. The following is the consolidated list of the Debtors' creditors holding the 30 largest noncontingent unsecured claims (the "Consolidated List") based on the Debtors' books and records as of approximately August 13, 2013. The Consolidated List is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in these chapter 11 cases. The Consolidated List does not include (a) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (b) secured creditors. None of these creditors are minor children. The information contained herein shall neither constitute an admission of liability by, nor is it binding on, the Debtors. The information herein, including the failure of the Debtors to list any claim as contingent, unliquidated or disputed, does not constitute a waiver of the Debtors' right to contest the validity, priority or amount of any claim.

## LANDAUER-METROPOLITAN, INC., ET. AL.
## CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

| Rank | Name, Telephone Number and Complete Mailing Address Including Zip Code of Employee, Agent, or Department of Creditor Familiar with Claim Who May be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount |
|---|---|---|---|---|
| 1 | RESMED CORPORATION<br>9001 SPECTRUM CENTER BLVD.<br>SAN DIEGO, CA 92123<br>ATTN: ERIC BROWN<br>PHONE: 800-424-0737 EXT. 306108<br>FAX: 858-836-5511 | MEDICAL SUPPLIES | | $1,701,562.05 |
| 2 | INVACARE SUPPLY GROUP, INC<br>9 INDUSTRIAL RD<br>MILFORD, MA 01757<br>ATTN: CARRIE KIZER<br>PHONE: 877-345-9415 EXT. 5756<br>FAX: 508-482-0204 | MEDICAL SUPPLIES | | $1,606,935.32 |
| 3 | RESPIRONICS, INC.<br>175 CHASTAIN MEADOWS CT<br>KENNESAW, GA 30144<br>ATTN: CHARLIE MOSSBURG<br>PHONE: 724-387-5217<br>FAX: 724-387-5237 | MEDICAL SUPPLIES | | $1,173,154.50 |
| 4 | INVACARE CORPORATION<br>1 INVACARE WAY<br>ELYRIA, OH 44035-4190<br>ATTN: EMMA DENN<br>PHONE: 800-221-1559 X 6892<br>FAX: 440-326-3520 | MEDICAL SUPPLIES | | $1,118,335.00 |
| 5 | PREMIER COURIER SERVICE<br>410-412 EIGHT AVENUE<br>3RD - FLOOR<br>NEW YORK, NY 10001<br>ATTN: RICHARD GANG<br>PHONE: 212-684-0901<br>FAX: 212-684-0905 | SHIPPING/LOGISTICS | | $232,912.59 |
| 6 | MCNEIL COMPANY, INC.<br>4666 S 132ND ST<br>OMAHA, NE 68137<br>PHONE: 800-822-3747<br>FAX: 607-756-2146 | TRADE | | $164,490.20 |
| 7 | ROADRUNNER MOBILITY SERVICE, INC<br>39400 TAYLOR PARKWAY<br>ELYRIA, OH 44035-6263<br>PHONE: 800-467-2668<br>FAX: 866-997-0779 | MEDICAL SUPPLIES | | $156,992.03 |
| 8 | DRIVE MEDICAL DESIGN & MANUFACTURING<br>99 SEAVIEW DRIVE<br>PORT WASHINGTON, NY 11050<br>ATTN: ANA MENENDEZ, MIKE KELLY<br>PHONE: 516-998-4600 EXT. 232<br>FAX: 516-566-2042 | MEDICAL SUPPLIES | | $139,947.99 |
| 9 | PRECISION MEDICAL, INC.<br>300 HELD DRIVE<br>NORTHHAMPTON, PA 18067<br>ATTN: ANNETTE LEBAR<br>PHONE: 610-262-6090<br>FAX: 800-352-1240 | MEDICAL SUPPLIES | | $126,957.64 |
| 10 | AUTOMOTIVE RENTALS, INC.<br>4001 LEADENHALL ROAD<br>MOUNT LAUREL, NJ 08054<br>ATTN: HILARY EMMERT<br>PHONE: 856-778-1500 X2672<br>FAX: 856-231-9106 | MAINTENANCE | | $112,412.78 |
| 11 | AIRGAS EAST<br>27 NORTHWESTERN DRIVE<br>PHILADELPHIA, PA 03079<br>ATTN: ROCKY PRINCE<br>PHONE: 800-562-3815 EXT. 3149<br>FAX: 603-890-4634 | TRADE | | $111,202.95 |

| Rank | Name, Telephone Number and Complete Mailing Address Including Zip Code of Employee, Agent, or Department of Creditor Familiar with Claim Who May be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount |
|---|---|---|---|---|
| 12 | PAETEC COMMUNICATIONS, INC.<br>300 PEARL STREET SUITE 900<br>27 NORTHWESTERN DRIVE<br>BUFFALO, NY 14221<br>FAX: 518-862-2320 | PROFESSIONAL SERVICES | | $108,442.88 |
| 13 | SUNSET HEALTHCARE SOLUTIONS<br>2201 S. HALSTED ST<br>SUITE# 1344<br>CHICAGO, IL 60608<br>FAX: 312-997-9985 | TRADE | | $105,474.84 |
| 14 | FISHER & PAYKEL HEALTHCARE, INC<br>5505 N. CUMBERLAND AVE, STE - 307<br>CHICAGO, IL 60656-1471<br>ATTN: LOCKBOX 16926<br>PHONE: 516-998-4600 X232 & 800-446-3908<br>FAX: 949-453-4596 | MEDICAL SUPPLIES | | $103,238.22 |
| 15 | THE HARTFORD INSURANCE COMPANY<br>400 EXECUTIVE BOULEVARD<br>PHILADELPHIA, PA 06489<br>ATTN: REMITTANCE PROCESSING CENTER<br>FAX: 860-547-6343 | INSURANCE | | $93,671.22 |
| 16 | LINDE GAS NORTH AMERICA, LLC<br>575 MOUNTAIN AVE<br>1ST FLOOR / EAST<br>NEW PROVIDENCE, NJ 07974<br>PHONE: 908-508-2469<br>FAX: 800-296-2222 | TRADE | | $93,343.22 |
| 17 | VGM FULFILLMENT<br>1111 WEST SAN MARNAN DRIVE<br>WATERLOO, IA 50701<br>FAX: 319-235-9774 | SHIPPING/LOGISTICS | | $86,239.00 |
| 18 | MASIMO AMERICAS, INC.<br>40 PARKER<br>IRVINE, CA 92618<br>ATTN: DONNA MAINS<br>FAX: 949-297-7499 | TRADE | | $82,550.60 |
| 19 | COMMONWEALTH OF VIRGINIA<br>DEPT. OF MEDICAL ASSISTANCE SVCS<br>600 EAST BROAD STREET<br>RICHMOND, VA 23219<br>ATTN: ANITA M. MORRIS<br>PHONE: 804-786-5433<br>FAX: 804-371-4981 | TRADE | | $79,626.76 |
| 20 | UPS<br>849 FAIRMOUNT AVENUE<br>SUITE 400<br>ATLANTA, GA 21286<br>ATTN: TIM KEFFER<br>PHONE: 4108471900<br>FAX: 404-828-6912 | TRADE | | $73,236.34 |
| 21 | SELECT EXPRESS & LOGISTICS<br>55 W 39TH ST<br>NEW YORK, NY 10018<br>FAX: 212-714-2422 | TRADE | | $70,274.22 |
| 22 | QUALITY MEDICAL GROUP<br>4475 S. CLINTON AVENUE<br>SUITE 106<br>S PLAINFIELD, NJ 07080<br>ATTN: DARCY DEVINE<br>FAX: 908-226-0712 | TRADE | | $58,563.00 |
| 23 | TECHNIGRAPHIC<br>1901 MAYVIEW ROAD<br>RIVERSIDE, CT 15017<br>ATTN: JERRY BARNETTE<br>PHONE: 800-754-2980<br>FAX: 617-389-8594<br>EMAIL: RMEYERS@TECHNIGRAPHIC-PRINT.COM | TRADE | | $55,772.75 |

| Rank | Name, Telephone Number and Complete Mailing Address Including Zip Code of Employee, Agent, or Department of Creditor Familiar with Claim Who May be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount |
|---|---|---|---|---|
| 24 | MEDIFAX-EDI, LLC<br>3055 LEBANON PIKE<br>NASHVILLE, TN 37214-2230<br>ATTN: PAIGE CALVETTI<br>PHONE: 800 658-5138 & 615-932-2891<br>FAX: 615-340-6140<br>EMAIL: PCALVETTI@EMDEON.COM | TRADE | | $50,592.21 |
| 25 | SAMMONS PRESTON ROLYAN<br>28100 TORCH PARKWA, SUITE 700<br>WARRENVILLE, IL 60555-3938<br>ATTN: DIANA JANICKE<br>PHONE: 630-393-6634<br>FAX: 800-547-4333<br>EMAIL: DIANAJANICKE@PATTERSONMEDICAL.COM | TRADE | | $47,594.29 |
| 26 | GOLDEN TECHNOLOGIES, INC.<br>401 BRIDGE STREET<br>OLD FORGE, PA 18518<br>ATTN: ISABELLE OCONNELL, LORI THOMAS<br>PHONE: 800-624-6374 EXT. 235 & 570-451-7491<br>FAX: 800-628-5165<br>EMAIL: IOCONNELL@GOLDENTECH.COM | TRADE | | $43,214.73 |
| 27 | GRM INFORMATION MGMT. SVCS, INC<br>215 COLES STREET<br>JERSEY CITY, NJ 07310<br>FAX: 201-798-4427 | TRADE | | $40,248.82 |
| 28 | INDEPENDENCE MEDICAL MFG.,INC.<br>1810 SUMMIT COMMERCE PARK<br>TWINSBURG, OH 44087<br>ATTN: AMANDA LORENTZ<br>PHONE: 800-860-8027 EX. 4000<br>FAX: 800-860-8027 | MEDICAL SUPPLIES | | $36,995.46 |
| 29 | THE AFTERMARKET GROUP<br>3866 SOLUTIONS CENTER<br>CHICAGO, IL 60677-3008<br>ATTN: JENNIFER MILLER<br>PHONE: 888-824-8200 EXT. 6530 & 866-762-7255<br>FAX: 800-468-0033<br>EMAIL: JENNIFERMILLER@INVACARE.COM | TRADE | | $32,920.12 |
| 30 | AIRGAS USA, LLC<br>706 N BROADWAY ST<br>POTEAU, OK 74953<br>FAX: 216-901-5787 | TRADE | | $31,406.79 |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------- x
:
In re: : Chapter 11
:
LANDAUER HEALTHCARE HOLDINGS, : Case No. 13-_____ (___)
INC. :
: (Joint Administration Pending)
Debtors. :
:
---------------------------------- x

### DECLARATION CONCERNING DEBTORS' CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

I, Alan J. Landauer, Executive Chairman of the above-captioned debtors and debtors in possession, declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing *Consolidated List of Creditors Holding 30 Largest Unsecured Claims* submitted herewith and that the information contained therein is true and correct to the best of my knowledge, information and belief.

Date: August 16, 2013

_____
Alan J. Landauer
Executive Chairman