**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | : | |
| In re: | : | Chapter 11 |
| | : | |
| LANDAUER HEALTHCARE HOLDINGS, INC., *et al.*,[1] | : | Case No. 13-12098 (CSS) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | **Objection Deadline: August 29, 2013 at 4:00 p.m. (ET)** |
| | : | **Hearing Date: September 4, 2013 at 11:00 a.m. (ET)** |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | **Docket Ref. Nos. 11 & 46** |

**NOTICE OF ENTRY OF INTERIM ORDER AND FINAL HEARING**

TO: (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) EACH OF THE DEBTORS' CREDITORS HOLDING THE THIRTY (30) LARGEST UNSECURED CLAIMS ON A CONSOLIDATED BASIS; (III) COUNSEL TO TD BANK, N.A., AS AGENT FOR THE LENDERS; (IV) COUNSEL TO RBS CITIZENS, N.A., AS ONE OF THE LENDERS; (V) PHILIPS MEDICAL CAPITAL; (VI) CLAIRVEST ACQUISITION LLC AND CLAIRVEST EQUITY PARTNERS LP; (VII) GELCO CORP.; (VIII) WELLS FARGO BANK, N.A.; (IV) CANNON FINANCIAL SERVICES; (V) AIRSEP CORPORATION; AND (VI) ALL PARTIES THAT HAVE REQUESTED NOTICE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2002.

**PLEASE TAKE NOTICE** that, on August 16, 2013, the above-captioned debtors and debtors in possession (collectively the "Debtors") filed **the Debtors' Motion Pursuant to Sections 105(a), 361, 362, and 363 of the Bankruptcy Code and Bankruptcy Rules 2002, 4001 and 9014 for Entry of Interim and Final Orders (I) Authorizing Use of Cash Collateral; (II) Granting Adequate Protection; (III) Modifying Automatic Stay; and (IV) Scheduling a Final Hearing** [Docket No. 11] (the "Motion"), a copy of which is being served concurrently herewith.

**PLEASE TAKE FURTHER NOTICE** that, on August 20, 2013, the United States Bankruptcy Court for the District of Delaware entered an interim order [Docket No. 46], a copy of which is attached hereto as Exhibit 1, granting the Motion on an interim basis.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are Landauer Healthcare Holdings, Inc. (9115), Landauer-Metropolitan, Inc. (9291), Miller Medical & Respiratory, Inc. (3261), C.O.P.D. Services, Inc. (0336), American Homecare Supply New York, LLC (7937), American Homecare Supply Mid-Atlantic LLC (0026), Denmark's, LLC (4588); and, Genox Homecare, LLC (7361). The Debtors' corporate headquarters and the mailing address for each Debtor is One Bradford Road, Mount Vernon, NY 10553.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the entry of a final order approving the Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **August 29, 2013, at 4:00 p.m. (ET)** (the "Objection Deadline").  At the same time, you must serve a copy of any objection upon the following parties so as to be received on or before the Objection Deadline:  (a) K&L Gates LLP, State Street Financial Center, One Lincoln Street, Boston, MA 02111, Attn.: Charles A. Dale, III, Esq., proposed counsel to the Debtors; (b) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801, Attn.: Justin H. Rucki, Esq., proposed counsel to the Debtors; (c) Robinson & Cole LLP, 280 Trumbull Street, Hartford, CT 06103, Attn.: Michael R. Enright, Esq., counsel to TD Bank, N.A.; (d) Riemer & Braunstein LLP, Three Center Plaza, Sixth Floor, Boston, MA 02108, Attn.: Steven T. Greene, Esq., counsel to RBS Citizens, N.A.; (e) Riemer & Braunstein LLP, Times Square Tower, Seven Times Square, Suite 2506, New York, NY 10036, Attn.: Steven E. Fox, Esq., counsel to RBS Citizens, N.A.; (f) counsel to any statutory committee appointed in the case; and (g) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, DE  19801, Attn.: Jane M. Leamy, Esq.

**PLEASE TAKE FURTHER NOTICE** THAT A FINAL HEARING ON THE MOTION WILL BE HELD ON **SEPTEMBER 4, 2013 AT 11:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 5TH FLOOR, COURTROOM NO. 6, 824 N. MARKET STREET, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** IF YOU FAIL TO RESPOND TO THE MOTION IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED THEREIN WITHOUT FURTHER NOTICE OR A HEARING.

Dated: August 20, 2013
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Justin H. Rucki*
Michael R. Nestor (No. 3526)
Matthew B. Lunn (No. 4119)
Justin H. Rucki (No. 5304)
Rodney Square
1000 North King Street
Wilmington, Delaware  19801
Telephone: (302) 571-6699
Facsimile: (302) 576-3321

and

K&L GATES LLP

John A. Bicks
599 Lexington Avenue
New York, New York  10022-6030
Telephone:  (212) 536-3906
Facsimile: (212) 536-3901

and

Charles A. Dale III
Mackenzie L. Shea
One Lincoln Street
Boston, Massachusetts 02111
Telephone:  (617) 261-3100
Facsimile: (617) 261-3175

*Proposed Counsel to the Debtors and
Debtors-in-Possession*