IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LANDAUER HEALTHCARE HOLDINGS, INC., *et al.*,[1] | ) ) | Case No. 13-12098 (CSS) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
OF ALL NOTICES, PLEADINGS AND ORDERS**

TO ALL PARTIES:

PLEASE TAKE NOTICE that Dome International, Inc. ("Dome"), a creditor and party-in-interest in the above-captioned, jointly administered Chapter 11 bankruptcy cases, by and through undersigned counsel, and, pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010, requests that all notices given or required to be given in this bankruptcy case, and all papers served or required to be served in this bankruptcy case, be served upon Dome by and through service on the following counsel:

Dennis L. Roosien, Jr.
Cara Susan Kelly
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas 75201-6659
Phone (214) 855-7535
Fax (214) 978-4327
droosien@munsch.com
ckelly@munsch.com

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Landauer Healthcare Holdings, Inc. (9115); Landauer-Metropolitan, Inc. (9291); Miller Medical & Respiratory, Inc. (3261); C.O.P.D. Services, Inc. (0336); American Homecare Supply New York, LLC (7937); American Homecare Supply Mid-Atlantic, LLC (0026); Denmark's LLC (4588); and Genox Homecare, LLC (7361). The Debtors' address is One Bradford Road, Mount Vernon, New York 10553.

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes, but is not limited to, all pleadings, orders, notices, and other papers referred to in any rule of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, order, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone or otherwise.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby further requests that the Debtors and their counsel, any duly constituted committee(s) and their counsel, the United States Trustee, and the Clerk of the Court, and all parties filing a notice of appearance herein place the undersigned's name and address on any mailing matrix to be prepared or existing in the above referenced bankruptcy case.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance is not intended to be, and shall not constitute, a consent by Dome to the Bankruptcy Court's subject matter jurisdiction, personal jurisdiction, venue, or core jurisdiction, shall not constitute a waiver of strict service in connection with any adversary proceeding related to this bankruptcy case, and shall not constitute a waiver of any: (i) right to have final orders in non-core matters entered only after de novo review by a District Court judge; (ii) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related in this case; (iii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Dome is or may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Respectfully submitted:

By:    */s/ Cara Susan Kelly*
     MUNSCH HARDT KOPF & HARR, P.C.
     Dennis L. Roosien, Jr.
     Cara Susan Kelly
     3800 Lincoln Plaza
     500 N. Akard Street
     Dallas, Texas 75201-6659
     Phone (214) 855-7535
     Fax (214) 978-4327
     droosien@munsch.com
     ckelly@munsch.com

COUNSEL FOR DOME INTERNATIONAL, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of August, 2013, I personally caused to be served a true and correct copy of the above and foregoing document, by electronically filing it with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

                       */s/ Cara Susan Kelly*
                       Cara Susan Kelly