**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                   :

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LANDAUER HEALTHCARE HOLDINGS, INC., *et al.*,[1] | : | Case No. 13-12098 (CSS) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 4, 2013 AT 11:00 A.M. (ET)**

**MATTER GOING FORWARD:**

1. Debtors' Motion for an Order Pursuant to Section 366 of the Bankruptcy Code (I) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Performance, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (IV) Setting a Final Hearing Related Thereto [Docket No. 7, 8/16/13]

    Objection/Response Deadline:         August 29, 2013 at 4:00 p.m. (ET) (extended to 11:00 a.m. (ET) on September 3, 2013 for the Official Committee of Unsecured Creditors)

    Related Pleadings:

    a) Interim Order Pursuant to Section 366 of the Bankruptcy Code (I) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Performance, and (III) Setting a Final Hearing Related Thereto [Docket No. 44, 8/20/13]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are Landauer Healthcare Holdings, Inc. (9115), Landauer-Metropolitan, Inc. (9291), Miller Medical & Respiratory, Inc. (3261), C.O.P.D. Services, Inc. (0336), American Homecare Supply New York, LLC (7937), American Homecare Supply Mid-Atlantic LLC (0026), Denmark's, LLC (4588); and, Genox Homecare, LLC (7361). The Debtors' corporate headquarters and the mailing address for each Debtor is One Bradford Road, Mount Vernon, NY 10553.

01:14050990.1

      b) Notice of Entry of Interim Order and Final Hearing [Docket No. 49, 8/20/13]

Objections/Responses Received:          None at this time

Status:  This matter is going forward.

## CONTESTED MATTERS GOING FORWARD:

2. Debtors' Motion Pursuant to Sections 105(a), 361, 362, and 363 of the Bankruptcy Code and Bankruptcy Rules 2002, 4001 and 9014 for Entry of Interim and Final Orders (I) Authorizing Use of Cash Collateral; (II) Granting Adequate Protection; (III) Modifying Automatic Stay; and (IV) Scheduling a Final Hearing [Docket No. 11, 8/16/13]

    Objection/Response Deadline:        August 29, 2013 at 4:00 p.m. (ET) (extended to Midnight on August 29, 2013 for the U.S. Trustee and 11:00 a.m. (ET) on September 3, 2013 for the Official Committee of Unsecured Creditors)

    Related Pleadings:

        a) Interim Order Pursuant to Sections 105(a), 361, 362, and 363 of the Bankruptcy Code and Bankruptcy Rules 2002, 4001 and 9014 (I) Authorizing Use of Cash Collateral; (II) Granting Adequate Protection; and (III) Scheduling a Final Hearing [Docket No. 46, 8/20/13]

        b) Notice of Entry of Interim Order and Final Hearing [Docket No. 50, 8/20/13]

        c) Motion to Pursuant to Del. Bankr. L.R. 9006-1(e) for an Order Shortening Time for Notice of the Hearing to Consider the Expedited Motion of Official Committee of Unsecured Creditors to Continue Debtors' Sale Procedures Hearing and Final Cash Collateral Hearing [Docket No. 75, 8/28/13]

        d) Order Denying Motion to Shorten [Docket No. 78, 8/29/13]

        e) Notice of Filing of Proposed Final Order Pursuant to Sections 105(a), 361, 362, and 363 of the Bankruptcy Code and Bankruptcy Rules 2002, 4001 and 9014 (I) Authorizing Use of Cash Collateral and (II) Granting Adequate Protection [Docket No. 88, 8/30/13]

    Objections/Responses Received:

    f) Expedited Motion of Official Committee of Unsecured Creditors to Continue Debtors' Sale Procedures Hearing and Final Cash Collateral Hearing [Docket No. 74, 8/28/13]

    g) Debtors' Objection to the Expedited Motion of the Official Committee of Unsecured Creditors to Continue Debtors' Sale Procedures Hearing and Final Cash Collateral Hearing [Docket No. 77, 8/29/13]

Status:  This matter is going forward.

3. Motion of the Debtors for Orders: (A)(I) Approving Sale Procedures; (II) Approving Stalking Horse Bid Protections; (III) Scheduling a Hearing to Consider Sale of Debtors' Assets; (IV) Approving Form and Manner of Notice Thereof; and (V) Granting Related Relief; and (B)(I) Authorizing the Sale of Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Purchase Agreement Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief [Docket No. 13, 8/16/13]

    Objection/Response Deadline:    August 29, 2013 at 4:00 p.m. (ET) (extended to Midnight on August 29, 2013 for the U.S. Trustee and 11:00 a.m. (ET) on September 3, 2013 for the Official Committee of Unsecured Creditors)

    Related Pleadings:

    a) Notice of Motion [Docket No. 51, 8/20/13]

    b) Motion to Pursuant to Del. Bankr. L.R. 9006-1(e) for an Order Shortening Time for Notice of the Hearing to Consider the Expedited Motion of Official Committee of Unsecured Creditors to Continue Debtors' Sale Procedures Hearing and Final Cash Collateral Hearing [Docket No. 75, 8/28/13]

    c) Order Denying Motion to Shorten [Docket No. 78, 8/29/13]

    d) Notice of Deposition *Deuces Tecum* of Debtors Pursuant to Federal Rule of Civil Procedure 30(b)(6) [Docket No. 83, 98/29/13]

    e) Notice of Deposition *Deuces Tecum* of Carl Marks Advisory Group LLC Pursuant to Federal Rule of Civil Procedure 30(b)(6) [Docket No. 84, 98/29/13]

f) Notice of Deposition *Deuces Tecum* of Quadrant Management, Inc. Pursuant to Federal Rule of Civil Procedure 30(b)(6) [Docket No. 85, 98/29/13]

g) Official Committee of Unsecured Creditors' First Request for Production of Documents Directed to Debtors

h) Official Committee of Unsecured Creditors' First Request for Production of Documents Directed to Carl Marks Advisory Group LLC

i) Official Committee of Unsecured Creditors' First Request for Production of Documents Directed to Quadrant Management, Inc.

Objections/Responses Received:

j) Expedited Motion of Official Committee of Unsecured Creditors to Continue Debtors' Sale Procedures Hearing and Final Cash Collateral Hearing [Docket No. 74, 8/28/13]

k) Debtors' Objection to the Expedited Motion of the Official Committee of Unsecured Creditors to Continue Debtors' Sale Procedures Hearing and Final Cash Collateral Hearing [Docket No. 77, 8/29/13]

l) Objection of U.S. Trustee to the Motion of the Debtors for Order: (A) (I) Approving Sale Procedures; (II) Approving Stalking Horse Bidding Protections; (III) Scheduling a Hearing to Consider Sale of Debtors Assets; (IV) Approving Form and Manner of Notice Thereof; and (V) Granting Related Relief [Docket No. 82, 8/29/13]

Status:  This matter is going forward.

| | |
|---|---|
| Dated: August 30, 2013<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Justin H. Rucki*<br>Michael R. Nestor (No. 3526)<br>Matthew B. Lunn (No. 4119)<br>Justin H. Rucki (No. 5304)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware  19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253 |

01:14050990.1

and

K&L GATES LLP

John A. Bicks
599 Lexington Avenue
New York, New York  10022-6030
Telephone:  (212) 536-3906
Facsimile:  (212) 536-3901

and

Charles A. Dale III
Mackenzie L. Shea
One Lincoln Street
Boston, Massachusetts 02111
Telephone:  (617) 261-3100
Facsimile:  (617) 261-3175

*Proposed Counsel to the Debtors and Debtors-in-Possession*

5