**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------- x
: 
In re: : Chapter 11
: 
LANDAUER HEALTHCARE HOLDINGS, : Case No. 13-12098 (CSS)
INC., *et al.*,[1] :
: (Jointly Administered)
Debtors. :
:
:
: **Sale Hearing Date:**
:     **January 6, 2014 at 11:00 a.m.**
:
: **Ref. Docket Nos. 13 & 143**
------------------------------- x

### NOTICE OF REVISED PROPOSED SALE ORDER

**PLEASE TAKE NOTICE** that on August 16, 2013, the above-captioned debtors and debtors in possession (each a "Debtor" and collectively, the "Debtors") filed their motion (the "Sale Motion") [D.I. 13] for entry of (A) an order (the "Sale Procedures Order") (i) approving sale procedures (the "Sale Procedures") with respect to a sale (the "Sale") of the Debtors' assets; (ii) approving stalking horse bidding protections; (iii) scheduling a hearing (the "Sale Hearing") on the Sale and setting objection and bidding deadlines with respect to the Sale; (iv) directing that notice of the Sale Procedures and the Sale be given (the "Auction and Sale Notice"); and (v) granting related relief; and (B) an order (the "Proposed Sale Order") (i) authorizing the Sale of the Assets free and clear of liens, claims, encumbrances, and other interests; (ii) authorizing and approving the purchase agreement (as may be amended, modified, or supplemented, the "Purchase Agreement"); (iii) approving the assumption and assignment of certain executory contracts and unexpired leases, as necessary in connection with the Sale; and (iv) granting related relief, with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  The Proposed Sale Order was attached to the Sale Motion as Exhibit II. You were previously served with a copy of the Sale Motion.

**PLEASE TAKE FURTHER NOTICE** that on September 12, 2013, the Bankruptcy Court entered the Sale Procedures Order [D.I. 143].

**PLEASE TAKE FURTHER NOTICE** that, having not received any Qualified Bids (as defined in the Sale Procedures Order) other than the Purchase Agreement prior to the auction, the

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are Landauer Healthcare Holdings, Inc. (9115), Landauer-Metropolitan, Inc. (9291), Miller Medical & Respiratory, Inc. (3261), C.O.P.D. Services, Inc. (0336), American Homecare Supply New York, LLC (7937), American Homecare Supply Mid-Atlantic LLC (0026), Denmark's, LLC (4588); and, Genox Homecare, LLC (7361).  The Debtors' corporate headquarters and the mailing address for each Debtor is One Bradford Road, Mount Vernon, NY 10553.

01:14621434.2

Debtors convened at the time and place scheduled for the auction for the limited purpose of declaring LMI DME Holdings LLC or its designee the successful bidder (the "Successful Bidder") for substantially all of the Debtors' assets (the "Assets").

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled the Sale Hearing to consider approval of the Sale of the Assets to the Successful Bidder, free and clear of all liens, claims, and encumbrances and pursuant to the Purchase Agreement (as amended by Docket No. 417) before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, 824 North Market Street, Wilmington, Delaware 19801 on **January 6, 2014 at 11:00 a.m.** (**prevailing Eastern Time**), or at such other time thereafter as counsel may be heard. The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing or in the agenda filed with the Bankruptcy Court prior to the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that, in connection with the Sale Hearing, attached hereto as **Exhibit 1** is a copy of the revised Proposed Sale Order (the "Revised Proposed Sale Order") approving the Sale to the Successful Bidder.[2] For the convenience of the parties in interest, a blackline comparing the Proposed Sale Order to the Revised Proposed Sale Order is attached hereto as **Exhibit 2**. The Debtors will ask the Bankruptcy Court to enter the Revised Proposed Sale Order at the Sale Hearing.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>December 27, 2013 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br> /s/ Justin H. Rucki<br>Michael R. Nestor (No. 3526)<br>Matthew B. Lunn (No. 4119)<br>Justin H. Rucki (No. 5304)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile:  (302) 571-1253<br><br>and<br><br>K&L GATES LLP<br>John A. Bicks<br>599 Lexington Avenue<br>New York, New York  10022-6030<br>Telephone:  (212) 536-3900<br>Facsimile:  (212) 536-3901 |

---

[2] The Debtors reserve the right to further modify the Revised Proposed Sale Order at any time prior to the conclusion of the Sale Hearing.

01:14621434.2

and

Charles A. Dale III
Mackenzie L. Shea
One Lincoln Street
Boston, Massachusetts 02111
Telephone:  (617) 261-3100
Facsimile:  (617) 261-3175

*Counsel to the Debtors and
Debtors-in-Possession*