IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| LANDAUER HEALTHCARE HOLDINGS, INC., et al.,[1] | : | Case No. 13-12098 (CSS) |
| | : | (Jointly Administered) |
| Debtors. | : | |

# DECLARATION OF LUKE MCGEE IN SUPPORT OF
# SALE OF PURCHASED ASSETS TO LMI DME HOLDINGS LLC

I, Luke McGee, hereby declare as follows:

**Quadrant Management Inc.**

1. I am the Vice President of Quadrant Management, Inc. ("Quadrant"), a position I have held since April, 2010. Quadrant is an investment management firm, whose core business is lower middle market private equity investing and hands-on company restructuring. Quadrant and its affiliates manage over $3 billion in investments and over 40 companies, in industries ranging from manufacturing, technology, healthcare, education, financial services, neurotech, wireless, internet, telecom, retail, consumer products, oil and gas, alternative energy, media, software, music, bottling and distribution. In my role as Vice President of Quadrant, I am responsible for making investments and overseeing certain of Quadrant's portfolio companies.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are Landauer Healthcare Holdings, Inc. (9115), Landauer-Metropolitan, Inc. (9291), Miller Medical & Respiratory, Inc. (3261), C.O.P.D. Services, Inc. (0336), American Homecare Supply New York, LLC (7937), American Homecare Supply Mid-Atlantic LLC (0026), Denmark's, LLC (4588); and, Genox Homecare, LLC (7361). The Debtors' corporate headquarters and the mailing address for each Debtor is One Bradford Road, Mount Vernon, NY 10553.

#23045627 v4

-2-

**QMES LLC**

2. I am the Chairman and Chief Executive Officer of QMES LLC ("QMES"), one of Quadrant's portfolio companies, roles I have held since May, 2012. QMES was formed as a holding company for Quadrant's investments in the durable medical equipment ("DME") business. In May 2012, QMES acquired 100% of Tri-County Medical Equipment and Supply LLC ("Tri-County"), a DME supplier located in Norristown, PA. Since acquiring Tri-County, QMES and its affiliates have acquired nine (9) additional DME businesses.

3. I believe that QMES is the largest regional DME supplier in the Northeast United States, with locations in eight (8) states including Connecticut, Maryland, Massachusetts, New Hampshire, New Jersey, New York, Pennsylvania and Rhode Island. The day-to-day operations of each QMES region- (i) New Jersey; (ii) Delaware, Maryland and Pennsylvania; (iii) Metro New York and (iv) New England- are run by industry veterans with between 10 to 25 years' experience.

4. QMES has over $50 million in annual revenue and its EBITDA for fiscal year 2013 is estimated to be approximately $11 million. In fiscal year 2014, QMES expects EBITDA to be greater than $25 million. QMES has approximately 500 employees and has its main offices in Oaks, Pennsylvania and Lakewood, New Jersey.

5. In my roles as Chairman and Chief Executive Officer of QMES, I am responsible for overseeing the regional presidents that run the day-to-day operations of each of QMES's DME subsidiaries. Additionally, I am responsible for business development and acquisitions for QMES. I am generally familiar with the operations and financial performance and condition of QMES and its DME businesses.

#23045627 v4

**LMI DME Holdings LLC**

6. LMI DME Holdings LLC ("LMI DME") is a single member limited liability company and QMES is the sole member of LMI DME. LMI DME was formed for the purpose of acquiring the Debtors' assets.

**The Asset Purchase Agreement**

7. LMI DME is the purchaser under that certain Asset Purchase Agreement, dated August 16, 2013, by and between LMI DME and the Debtors, as amended by Amendment No. 1 to the Asset Purchase Agreement, dated January ___, 2014 (the "APA"). The APA contemplates the acquisition by LMI DME of substantially all of the Debtors' assets (collectively, the "Purchased Assets"). Additionally, the APA contemplates the assumption and assignment of certain contracts and leases to LMI DME.

8. I have been actively involved in the due diligence and negotiations leading up to the proposed sale transaction. The sale process, sale and sale price and all negotiations with the Debtors were vigorous, extensive and conducted at arms-length and in good faith, with the parties being represented by separate legal counsel, and were not tainted by fraud, collusive bidding or other misconduct. There is no agreement between LMI DME and any other party to control the sale price for the Purchased Assets.

**Adequate Assurance of Future Performance**

9. LMI DME has received term sheets for senior secured financing from several lenders (the "Banks") in an amount up to $55 million, which amount will be used to provide working capital for operations and future acquisitions. QMES will serve as guarantor of the debt financing being provided by the Banks and LMI DME and QMES will pledge the Purchased Assets and other QMES assets to secure the loan facility. In the unlikely event that the Banks do

not extend credit to LMI DME, QMES anticipates funding LMI DME's working capital needs in 2014. LMI DME's financial projections reflect that financing to be provided by either the Banks or QMES, coupled with cash flow from operations, will afford ample liquidity to meet the cash needs of LMI DME over the next twelve (12) month period.

### No Successor Liability

10. It is my understanding that LMI DME is acquiring the Purchased Assets free and clear of any liens, claims, encumbrances and interests as set forth in the APA and the proposed sale order and that LMI DME would not be acquiring the Purchased Assets if they could not be acquired free and clear of any liens, claims, encumbrances and interests.

11. There is no, and upon the closing of the sale there will be no, common identity of incorporators, officers, directors or material stockholders between LMI DME and any of the Debtors or their estates. Alan Launder, the Executive Chairman of Landauer-Metropolitan Inc., will not serve as an officer or director of LMI DME but may be retained as a consultant for QMES. Additionally, there is no, and upon the closing of the sale there will be no, continuity of the Debtors' businesses enterprise through the Debtors' management or senior supervisory personnel. The APA does not require LMI DME to hire any of the Debtors' employees. Any employee who is retained by LMI DME will be hired under a new employment contract or other employment arrangement.

12. LMI DME would not have agreed to the proposed sale transaction if LMI DME could be held liable for claims against the Debtors under any theory of successor liability, de facto merger, substantial continuity or similar theories, including, but not limited to, any claims against the Debtors related to or arising under the False Claims Act.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: January 2, 2014

_____
Luke McGee

#23045627 v4