IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LANDAUER HEALTHCARE HOLDINGS, INC., *et al.*,[1] | : | Case No. 13-12098 (CSS) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | **Ref. Docket. Nos. 13, 104, 107, 108, 112, 143, 145, 146, 389, 414, 415, 416, 417, 430, 466, 477, 481 & 510** |

**NOTICE OF (I) CLOSING OF
THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS AND (II)
FILING OF FULLY EXECUTED ASSUMPTION AND ASSIGNMENT AGREEMENT
AND AMENDED AND RESTATED TRANSITION SERVICES AGREEMENT**

**PLEASE TAKE NOTICE** that, on January 6, 2014, the Court entered the *Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases* [D.I. 477] (the "Sale Order"),[2] which authorized, among other things, the Debtors in the above-captioned cases to sell substantially all of their assets and assume and assign certain executory contracts and unexpired leases (the "Sale") to LMI DME Holdings LLC (the "Purchaser") pursuant to that certain *Asset Purchase Agreement*, dated as of August 16, 2013, as amended by *Amendment No. 1 to Asset Purchase*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are Landauer Healthcare Holdings, Inc. (9115), Landauer-Metropolitan, Inc. (9291), Miller Medical & Respiratory, Inc. (3261), C.O.P.D. Services, Inc. (0336), American Homecare Supply New York, LLC (7937), American Homecare Supply Mid-Atlantic LLC (0026), Denmark's, LLC (4588); and, Genox Homecare, LLC (7361). The Debtors' corporate headquarters and the mailing address for each Debtor is One Bradford Road, Mount Vernon, NY 10553.

[2] All capitalized terms used but not defined herein shall have the meaning ascribed to them in the Sale Order.

*Agreement*, dated January 6, 2014, by and among Debtors and Purchaser (together, the "Purchase Agreement"), a fully executed copy of which was filed on January 14, 2014 [D.I. 510].

**PLEASE TAKE FURTHER NOTICE** that, on January 8, 2014, the Court entered the *Order Pursuant to Sections 363 and 105 of the Bankruptcy Code Authorizing the Debtors and Debtors in Possession to Enter into a Transition Services Agreement with LMI DME Holdings LLC* [D.I. 481] (the "Transition Services Order"), which approved and authorized the Debtors to enter into that certain *Amended and Restated Transition Services Agreement* with the Purchaser (the "Transition Services Agreement"), an unexecuted form of which was attached to the Transition Services Order.

**PLEASE TAKE FURTHER NOTICE** that, on February 7, 2014, the Sale closed in accordance with the terms of the Sale Order and the Purchase Agreement, and the fully executed *Assignment and Assumption Agreement* is attached hereto as **Exhibit A** (together with all Schedules thereto, the "Assumption and Assignment Agreement").  The Assumption and Assignment Agreement sets forth the final listing of all executory contracts and unexpired leases transferred to the Purchaser through the Sale and pursuant to the terms of the Sale Order and Purchase Agreement, and such schedules amend and supersede all prior notices and schedules filed in these chapter 11 cases concerning executory contracts and unexpired leases, including but not limited to those schedules attached to the Purchase Agreement filed at D.I. 510.

**PLEASE TAKE FURTHER NOTICE** that upon the closing of the Sale, the Transition Services Agreement is in effect.  A fully executed copy of the Transition Services Agreement, which is unchanged from the version attached to the Transition Services Order, is attached hereto as **Exhibit** B.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>February 10, 2014 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br> /s/ Justin H. Rucki<br>Michael R. Nestor (No. 3526)<br>Matthew B. Lunn (No. 4119)<br>Justin H. Rucki (No. 5304)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>and<br><br>K&L GATES LLP<br>John A. Bicks<br>599 Lexington Avenue<br>New York, New York 10022-6030<br>Telephone: (212) 536-3900<br>Facsimile: (212) 536-3901<br><br>and<br><br>Charles A. Dale III<br>Mackenzie L. Shea<br>One Lincoln Street<br>Boston, Massachusetts 02111<br>Telephone: (617) 261-3100<br>Facsimile: (617) 261-3175<br><br>*Counsel to the Debtors and*<br>*Debtors-in-Possession* |