# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LMI LEGACY HOLDINGS INC., *et al.*, | ) | Case No. 13-12098 (CSS) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Related Docket No. 814** |

## ORDER GRANTING MOTION OF RAYMOND LOFFREDO FOR RELIEF FROM THE AUTOMATIC STAY AND DISCHARGE INJUNCTION

This matter coming before the Court on the *Motion of Raymond Loffredo for Relief From the Automatic Stay and Discharge Injunction* (the "Motion"); the Court having reviewed the Motion, any objections or responses to the Motion, and all related pleadings; the Court having determined that the legal and factual bases set forth in the Motion establish sufficient cause for relief granted herein; and that notice of the Motion was sufficient under the circumstances;

IT IS HEREBY ORDERED as follows:

1. The Motion is Granted as set forth herein.

2. The automatic stay and any injunction imposed by the Discharge[1] shall be, and hereby is, modified solely to the extent necessary to permit Raymond Loffredo to pursue the District Court Action to judgment or other resolution. To the extent Mr. Loffredo obtains any judgment or other resolution against the Debtors, he shall first satisfy any such judgment or other resolution from the proceeds of any applicable insurance policies. Thereafter, Mr. Loffredo may pursue any deficiency claim by amending his general unsecured claim.

3. The relief sought in the Motion shall take effect on February 2, 2015. To the extent applicable, the provisions of Fed. R. Bankr. P. 4001(a)(3) are waived.

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings assigned to them in the Motion.

4. This Court retains jurisdiction with respect to all matters arising from or related to implementation of this Order.

Dated: ~~January~~ 2/2, 2015

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Court Judge